# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00266 |
| v. | (Chief Judge Brann) |
| DEVIN EUGENE MIMS, | |
| Defendant. | |

## ORDER

### NOVEMBER 18, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss the Indictment (Doc. 67) is **DENIED**;

2. Defendant's Motion to Suppress Physical Evidence (Doc. 69) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge