**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVIN EUGENE MIMS,<br><br>Defendant. | No. 4:22-CR-00266<br><br>(Chief Judge Brann) |

# ORDER

**OCTOBER 5, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Admit Evidence (Doc. 111) is **DENIED**;
2. Defendant's Motion in Limine to Preclude Use of the Term "Child Sexual Abuse Material" or "CSAM" (Doc. 112) is **DENIED**;
3. Defendant's Motion in Limine to Preclude Reference to the Complainant or Any Witness as "Victim" (Doc. 114) is **DENIED**;
4. Defendant's Motion to Preclude Expert Testimony (Doc. 116) is **DENIED AS MOOT**;
5. The Government **SHALL** file a motion to amend the indictment to fix all typographical and clerical errors within seven days of the docketing of this Order; and

6. Once that motion by the Government has been filed, the Defendant will have seven days to file objections.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge